**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN ROY MALDONADO, JR, ) | No. C 07-6283 JF (PR) |
| ) | |
| Petitioner, ) | ORDER CORRECTING |
| ) | ERRONEOUS FILING; |
| vs. ) | CLOSING CASE; |
| ) | INSTRUCTIONS TO CLERK |
| CALIFORNIA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Respondent. ) | |
|  ) | |

Petitioner, proceeding pro se, filed the instant habeas petition pursuant to 28 U.S.C. § 2254 on December 12, 2007. Petitioner filed another habeas action with the Court, in case no. C 07-6282 JF (PR), which was filed on the same day, December 12, 2007. It appears that the instant petition was mistakenly received and opened as a new case in the instant action. Accordingly, the Clerk is instructed to copy all documents from the instant case and transfer the documents to Petitioner's earlier filed habeas action in case number C 07-6282 JF (PR).

Because the instant case was opened erroneously, the Clerk shall close the file and terminate any pending motions. The Clerk shall REFUND Petitioner's payment of the $5.00 filing fee in this action.

Order Correcting Erroneous filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.07\Maldonado283close     1

1   The Clerk shall forward a copy of this order to the Court's financial office. The Court
2   will review the merits of the petition in a separate order in case number C 07-6282 JF
3   (PR).
4        IT IS SO ORDERED.
5   DATED:  12/18/07

                                JEREMY FOGEL
6                               United States District Judge

Order Correcting Erroneous filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.07\Maldonado283close                2

1   A copy of this ruling was mailed to the following:

2
    Carmen Roy Maldonado, Jr.
3   P.O. Box 2790
    Salinas, CA  93902
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Correcting Erroneous filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.07\Maldonado283close           3