NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMEN ROY MALDONADO, JR, | ) | No. C 07-6283 JF (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) ) ) | |
| Respondent. | ) ) | |

The Court has closed the instant case because the petition filed on December 12, 2007 was mistakenly opened as a new action, rather than being filed in Petitioner's pending habeas action under C 07-6282 JF (PR). Accordingly, a judgment of dismissal without prejudice is entered. Petitioner shall take nothing by way of his petition in the instant case.

IT IS SO ORDERED.

DATED: 12/20/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Maldonado283jud            1

1  A copy of this ruling was mailed to the following:

2
   Carmen Roy Maldonado, Jr.
3  P.O. Box 2790
   Salinas, CA  93902
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.07\Maldonado283jud         2